AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

MAY -4 2019

David J. Bradley, Clerk

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
v.
Jorge Lopez-Gutierrez

## CRIMINAL COMPLAINT

Case Number: M-19-1022-M

IAE   YOB: 1982
Mexico

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 2, 2019** in **Starr** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Jorge Lopez-Gutierrez was encountered by Border Patrol Agents near Rio Grande City, Texas on May 2, 2019. The investigating Agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on June 1, 2017, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on July 29, 2017 through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On April 27, 2010, the defendant was convicted of Receiving Known Stolen Property and was sentenced to sixty (60) months probation.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on May 4, 2019.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

Sworn to before me and subscribed in my presence,

May 4, 2019      5:42 p.m.

/S/ Mickel Gonzalez
Signature of Complainant
Mickel A. Gonzalez   Senior Patrol Agent

Peter E. Ormsby , U.S. Magistrate Judge
Name and Title of Judicial Officer

Pete E Ormsby
Signature of Judicial Officer